968

No. 576. LYND, CIRCUIT CLERK AND REGISTRAR OF VOTERS OF FORREST COUNTY, MISSISSIPPI, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joe T. Patterson,* Attorney General of Mississippi, *Peter M. Stockett, Jr.,* Special Assistant Attorney General, *Dugas Shands* and *Will S. Wells,* Assistant Attorneys General, and *M. M. Roberts* for petitioners. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Isabel L. Blair* for the United States. ▮

No. 581. GAJEWSKI ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Francis Breidenbach* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States. ▮

No. 587. AMERICAN COMPRESS WAREHOUSE, DIVISION OF FROST-WHITED CO., INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Thomas E. Shroyer* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. ▮

No. 596. PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON, *v.* MERRITT-CHAPMAN & SCOTT CORP. C. A. 2d Cir. Certiorari denied. *Whitman Knapp* and *Martin F. Richman* for petitioner. *William L. Lynch* and *James W. Lamberton* for respondent. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Sheldon Raab,* Assistant Attorney General, for the Attorney General of the State of New York, as *amicus curiae,* in support of the petition. ▮